## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| ZACHARY PERRY, ET AL, Plaintiff | CIVIL DOCKET NO. 1:20-CV-01293 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| BAKER HUGHES, A GE COMPANY, LLC, ET AL, Defendants | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

### J U D G M E N T

Before the Court is a REPORT AND RECOMMENDATION ("R&R") of the Magistrate Judge previously filed herein, which recommended for the reasons cited therein that the claims against the Louisiana Department of Environmental Quality ("DEQ") be dismissed with prejudice. [ECF No. 19].

Because an improper joinder adjudication concerns the issue of jurisdiction rather than merits, "the dismissal of a nondiverse party over whom the court does not have jurisdiction must be a dismissal without prejudice in every instance." *Int'l Energy Ventures Mgmt., L.L.C. v. United Energy Grp., Ltd.*, 818 F.3d 193, 210 (5th Cir. 2016). The Court therefore amends the R&R to dismiss the DEQ without prejudice.

Noting the absence of objections to the R&R, and having determined that the Magistrate Judge's findings and recommendations are otherwise correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand and Motion for Attorney Fees [ECF No. 6] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's claims against the DEQ are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 18th day of August 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE